IN THE SUPERIOR COURT
OF FLOYD COUNTY
STATE OF INDIANA

BARBARA KELLER
WILLIAM KELLER
**PLAINTIFFS**

vs.

FEDERAL CARTRIDGE COMPANY
SMITH & WESSON CORP.
**DEFENDANTS**

FILED
MAR 20 2007
CLERK OF THE SUPERIOR COURT
FLOYD COUNTY

RECEIVED
US DISTRICT COURT
NEW ALBANY DIVISION
APR 25 2007
LAURA A. BRIGGS

CAUSE NO. 22D01-0703-CT-_133_

4:07-cv-0054-DFH-WGH

## COMPLAINT FOR DAMAGES

Come the Plaintiffs, **BARBARA KELLER** and **WILLIAM KELLER**, by counsel, and for their Complaint against the Defendants herein now state as follows:

### A. Factual Allegations.

1. On or about the year 2004 or 2005, Defendant Smith & Wesson Corp. ("S&W") manufactured for sale to eligible members of the general public a certain handgun denominated the Model 642LS ("Gun"), which is a revolver S&W fabricated from titanium and an aluminum alloy and referred to as the "Lady Smith."

2. The Gun was designed and manufactured so as to chamber and fire five cartridges in .38 Special +P caliber.

3. Plaintiff **Barbara Keller** ("Mrs. Keller") purchased the Gun "new in the box" from a retail seller of S&W's products located in New Albany, Indiana, on or about 2004 or 2005.

4. Mrs. Keller was at all times relevant to the claims stated herein knowledgeable about and proficient in the use, storage and proper care of the Gun.

1


EXHIBIT A

5. Prior to December 31, 2006, Mrs. Keller had fired the Gun approximately 100 times using factory-made ammunition in either .38 Special caliber or .38 Special +P caliber.

6. Defendant **Federal Cartridge Company** ("FCC") at some time prior to December 31, 2006, manufactured for sale to eligible members of the general public a certain box of firearm cartridges in .38 Special +P caliber with a 129 grain jacketed hollow-point bullet it calls the "Hydra-Shok" ("Ammunition").

7. On or about 2006, Plaintiff **William Keller**, Mrs. Keller's husband ("Mr. Keller"), purchased the Ammunition "new in the box" from a retail seller of FCC's products located in Clarksville, Indiana.

8. Mr. Keller and Mrs. Keller live at property located off of Budd Road in New Albany, Floyd County, Indiana ("Residence").

9. On December 31, 2006, Mrs. Keller was at her Residence and loaded five cartridges from the box of Ammunition into the cylinder of the Gun, which was clean and had an unobstructed barrel, and she proceeded in a lawful manner to fire the Gun twice towards a dirt embankment backstop with Mr. Keller present and observing.

10. On said date, and upon firing the Gun the second time, Mrs. Keller experienced (rather an understatement) an explosion emanating from the Gun which blew the Gun into pieces, and which caused severe and permanent injury and damage to her hand.

11. Mrs. Keller experienced severe pain, suffering, and emotional distress, and was disabled as a direct and proximate result of the Gun exploding in her hand.

2

12. Mr. Keller experienced severe emotional distress as a direct and proximate result of observing and experiencing the Gun exploding in his wife's hand, and, as a further result, suffered from the loss of his wife's company, affection, services and attention.

13. The Gun was in a defective and unreasonably dangerous condition when purchased by Mrs. Keller, and this condition caused Mrs. Keller and Mr. Keller to sustain damages when Mrs. Keller fired the FCC cartridges on December 31, 2006.

14. The Ammunition was in a defective and unreasonably dangerous condition when purchased by Mrs. Keller, and this condition caused Mrs. Keller and Mr. Keller to sustain damages when Mrs. Keller fired individual cartridges on December 31, 2006.

15. S&W was negligent and failed to exercise reasonable care under the circumstances in the design and/or manufacture of the Gun, and, as a result, Mrs. Keller and Mr. Keller were each damaged.

16. FCC was negligent and failed to exercise reasonable care under the circumstances in the design and/or manufacture of the Ammunition, and, as a result, Mrs. Keller and Mr. Keller were each damaged.

17. S&W breached certain express or implied warranties made for the benefit of Mrs. Keller and Mr. Keller with respect to the Gun, and as a result of the breach, Mrs. Keller and Mr. Keller were each damaged.

18. FCC breached certain express or implied warranties made for the benefit of Mrs. Keller and Mr. Keller with respect to the Ammunition, and as a result of the breach, Mrs. Keller and Mr. Keller were each damaged.

19. Mrs. Keller's claims and Mr. Keller's claims are in amounts which are less than the threshold amount needed in order to establish the diversity jurisdiction of the United States District Court.

## B. Claims.

**WHEREFORE**, and given the factual averments set forth above, Plaintiffs Barbara Keller and William Keller demand that a Judgment be entered against Defendants Smith & Wesson Corp. and Federal Cartridge Company with the following provisions:

A. That Plaintiffs Barbara Keller and William Keller shall each have and recover from S&W an award to compensate them for the damages they sustained by reason of S&W's negligence, its failure to exercise reasonable care under the circumstances, and by reason of its breach of warranties;

B. That Plaintiffs Barbara Keller and William Keller shall each have and recover from FCC an award to compensate them for the damages they sustained by reason of FCC's negligence, its failure to exercise reasonable care under the circumstances, and by reason of its breach of warranties;

C. That Plaintiffs Barbara Keller and William Keller shall have and recover an award for the attorney fees and costs incurred for the prosecution of their claims in this case; and,

D. That Plaintiffs Barbara Keller and William Keller shall have all such other relief to which they are entitled by virtue of the pleadings and proof made herein.

### C. Jury Trial Demand.

Plaintiffs Barbara Keller and William Keller now demand that their claims be heard and determined by a Jury.

Respectfully Submitted,

MORGAN & POTTINGER, P.S.C.

GARRET B. HANNEGAN
Attorney No. 14571-
DOUGLAS G. SHARP
Attorney No. 119-22
NRA Members
601 West Main Street
Louisville, KY 40202-2976
(502) 560-6756
Attorneys for Plaintiff

5